(February 12, 1890.)

## TERRITORY v. NELSON.
[23 Pac. 116.]

APPEAL from District Court, Bear Lake County. Following case of *Territory v. Evans.*

Smith & Smith, for Appellant.

R. Z. Johnson, Attorney General, for the Territory.

BEATTY, C. J.—This cause involves the same question disposed of in *Territory v. Evans,* post, p. 658, 23 Pac. 115, and both causes were heard and considered together. Upon the authority of the other case, it is ordered the judgment in this be set aside, and the indictment be dismissed.

Berry and Sweet, JJ., concur.